MAIN STREET LEGAL SERVICES, INC.
Hollis Pfitsch (HP5011)
City University of New York School of Law
2 Court Square
Long Island City, NY 11101
(212) 577-3465

CATHOLIC MIGRATION SERVICES
Alice Davis
47-01 Queens Blvd.
Suite 203B
Sunnyside, NY 11104
(347) 472-3500

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SANTIAGO ALONSO VAZQUEZ, SALVADOR SANTIAGO BACILIO, TELESFORO TORRES, and JOSE GONZALEZ,

Plaintiffs,

-against-

142 KNICKERBOCKER ENTERPRISE, CORP., d/b/a WOW CAR WASH, GEORGE AUTO SPA, CORP., and MOSHE AZOULAY

Defendants.

1:13-Civ-6085 (SLT)(VVP)

~~PROPOSED~~ ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Upon the Plaintiffs' Proposed Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction, Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, the Declaration of Amanda Bransford, dated March 2, 2015, the Declaration of Santiago Alonso Vasquez, dated March 1, 2015, all orders and pleadings filed in this action, and sufficient cause appearing therefore, it is hereby ordered that:

a) Defendant Moshe Azoulay ("Defendant") show cause before this Court, at the United States District Court for the Eastern District of New York, at 225 Cadman Plaza East, at 11:00 a.m. ~~o'clock~~ on March 12 ____, or as soon thereafter as counsel can be heard, why a preliminary injunction should not be issued pursuant to Fed. R. Civ. P. 65:

1

   a. enjoining Defendant from in any way threatening, discriminating, or retaliating against Plaintiffs because they filed this action;

   b. enjoining Defendant from contacting any law enforcement agent or agency or immigration law enforcement agent or agency or other government agent or agency to report information concerning the Plaintiffs, their acquaintances, or any potential witnesses in this matter; and

   c. granting Plaintiffs such other and further relief as this Court deems appropriate, including the reimbursement of Plaintiffs' fees and costs associated with this motion.

b) Sufficient reason has been shown that Plaintiffs have and will suffer immediate and irreparable injury, and Plaintiffs have demonstrated a likelihood of success on the merits, such that ~~from the occurrence of the presently scheduled hearing~~ until the parties may be heard and this Court issues a decision on Plaintiffs' motion for preliminary injunctive relief, Defendant is temporarily enjoined from:

   a. in any way threatening, discriminating, or retaliating against Plaintiffs because they filed this action; or

   b. contacting any law enforcement agent or agency or immigration law enforcement agent or agency or other government agent or agency to report information concerning the Plaintiffs, their acquaintances, or any potential witnesses in this matter.

Briefing on Plaintiff's motion for preliminary injunction is scheduled as follows: (i) Defendants shall serve and file with this Court their opposition to

Plaintiff's motion for preliminary injunctive relief by ~~___~~ _5:00 p.m. on March 10_, 2015; (ii) service of a copy of this Order to Show Cause, together with all Affidavits and Affirmations, ~~has been~~ _shall be_ made on Defendants by ___ _5:00 p.m. on March 5, 2015_; and (iii) the giving of security by the applicants pursuant to Fed. R. Civ. P. 65(c) is waived.

Dated: _March 4, 2015_

Brooklyn, New York

/s/ Sandra L. Townes

United States District Judge Sandra L. Townes

3